JOHN C. GRANGER, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 37331.)—

P. J., Gibson, Herlihy and Taylor, JJ., concur.